UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALONZO TALTON**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**LUGGAGE SERVICES AND LOGISTICS, LLC, ET AL.**,<br><br>　　　　Defendants. | Case No.  14-cv-02505-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. No. 29 |

In light of the parties' status report filed March 4, 2015 (Dkt. No. 29), a compliance hearing regarding settlement progress shall be held on Friday, **April 10, 2015** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

By **April 2, 2015**, the parties shall file either: (a) a further joint status report describing settlement progress; or (b) a one-page Joint Statement setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: March 10, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**