UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALONZO TALTON**,<br><br>   Plaintiff,<br><br> v.<br><br>**LUGGAGE SERVICES AND LOGISTICS, LLC, ET AL.**,<br><br>   Defendants. | Case No. 14-cv-02505-YGR<br><br>**ORDER DENYING MOTION FOR PRELIMINARY APPROVAL WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 65 |

For the reasons stated on the record at the October 27, 2015 hearing, the plaintiff's unopposed motion for preliminary approval of class action settlement (Dkt. No. 65) is **DENIED WITHOUT PREJUDICE**, to be resubmitted in revised form taking into account the concerns articulated by the Court at the hearing.

This Order terminates Docket Number 65.

**IT IS SO ORDERED.**

Dated: October 28, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE