UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALONZO TALTON**, <br>    Plaintiff, <br><br>   v. <br><br> **LUGGAGE SERVICES AND LOGISTICS, LLC, ET AL.**, <br><br>    Defendants. | Case No. 14-cv-02505-YGR <br><br> **ORDER SETTING COMPLIANCE HEARING** |

On October 28, 2015, the Court denied plaintiff's unopposed motion for preliminary approval of class action settlement without prejudice, permitting resubmission in revised form taking into account the concerns articulated by the Court at the hearing. (Dkt. No. 71.) A compliance hearing regarding the status of the anticipated revised motion shall be held on Friday, March 11, 2016, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (1) the revised motion; or (2) a joint statement explaining the status thereof. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: February 26, 2016

                _____
                **YVONNE GONZALEZ ROGERS**
                **UNITED STATES DISTRICT COURT JUDGE**