1  **MARLIN & SALTZMAN, LLP**
   Stanley D. Saltzman, Esq. (SBN 90058)
2  Christina A. Humphrey, Esq. (SBN 226326)
   29229 Canwood Street, Suite 208
3  Agoura Hills, California  91301
   Telephone:    (818) 991-8080
4  Facsimile:    (818) 991-8081
   ssaltzman@marlinsaltzman.com
5  chumphrey@marlinsaltzman.com
   *(Additional attorneys for Plaintiff on next page)*
6
   Attorneys for Plaintiffs
7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10 | ALONZO TALTON, individually and on behalf of others similarly situated, | ) | **CASE NO. 4:14-cv-02505-YGR** |
| --- | --- | --- |
|  | ) | **CLASS ACTION** |
| Plaintiffs, | ) |  |
| v. | ) | [~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION FOR APPROVAL TO MAIL A SUPPLEMENTAL POSTCARD NOTICE TO CLASS MEMBERS ON MAY 17, 2016, CORRECTING THE DEADLINE TO OPT-OUT OR OBJECT TO THE CLASS SETTLEMENT** |
| LUGGAGE SERVICES AND LOGISTICS, LLC, a Florida limited liability company; and DOES 1 through 10, inclusive, | ) |  |
| Defendants. | ) |  |
|  | ) | Complaint Filed:    May 30, 2014 |

*Additional Attorneys for Plaintiff*

**LAW OFFICES OF SCOTT A. MILLER, APC**
Scott A. Miller, Esq. (SBN 230322)
15303 Ventura Boulevard, Suite 1070
Sherman Oaks, California  91403
Telephone:     (818) 788-8081
Facsimile:      (877) 578-3555
scott.miller@smillerlawoffices.com

**LAW OFFICE OF LOWELL STEIGER**
Lowell Hale Steiger, Esq. (SBN 196547)
15303 Ventura Boulevard, Suite 1070
Sherman Oaks, California  91403
Telephone:     (323) 852-1100
Facsimile:      (323) 852-1033
Lowell@steigerlaw.com

[PROPOSED] ORDER GRANTING APPROVAL OF SUPPLEMENTAL POSTCARD TO CLASS
Case No. 14-cv-02505-YGR

# ORDER

The Court, having reviewed PLAINTIFF'S ADMINISTRATIVE MOTION FOR APPROVAL TO MAIL A POSTCARD TO CLASS MEMBERS ON MAY 17, 2016, CORRECTING THE DEADLINE TO OPT-OUT OR OBJECT TO THE CLASS SETTLEMENT, now orders as follows:

1. The Supplemental Postcard attached as Exhibit "A" to the Declaration of Christina A. Humphrey, submitted herewith (Dkt. No. 86-1), shall be mailed to Class Members on May 17, 2016.

This Order terminates Docket Number 86.

**IT IS SO ORDERED.**

DATED:   May 17, 2016

Hon. Yvonne Gonzalez Rogers
United States District Judge