UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALONZO TALTON**,<br>Plaintiff,<br>v.<br>**LUGGAGE SERVICES AND LOGISTICS, LLC, ET AL.**,<br>Defendants. | Case No. 14-cv-02505-YGR<br><br>**ORDER DIRECTING PLAINTIFF TO FILE SUPPLEMENTAL DECLARATIONS IN SUPPORT OF FINAL APPROVAL AND ATTORNEY FEES REQUEST** |

The Court has reviewed Plaintiff's Motion and Amended Motion for Approval of Attorney Fees, Costs, and Enhancement Award, as well as his Motion for Final Approval of Class Action Settlement (Dkt. Nos. 83, 84, 88, 91), both currently set for hearing on June 21, 2016, at 2:00 p.m.

The Court **ORDERS** that Plaintiff submit supplemental declarations providing the additional information, and correcting or explaining the discrepancies, noted below no later than **9:00 a.m. on Monday, June 20, 2016**.

First, Plaintiff has not provided sufficient information for the Court to evaluate the lodestar calculations they proffer. Plaintiff is directed to submit more detailed information and time records to support the lodestar.

Second, the Court has noted what appear to be errors or inconsistencies in the declarations submitted in support of the motions, as set forth below:

(1) the declaration of Stanley D. Saltzman in support of the attorney fees motion (Dkt. No. 84):
- has an incomplete chart of attorneys' fees and hours (¶ 12); and
- indicates that Christina A. Humphrey billed out 129 hours for her time, rather than the 189 hours stated in the motion (¶ 9; *cf.* Amended Motion for Attorney Fees, Dkt. No. 88, at 15).

(2) the declaration of Ani Shirinian in support of the Motion for Final Approval (Dkt. No. 91-1):
- states that "[a]s of the date of this declaration, there are two (2) disputes; however, neither

    Class Member submitted documentation supporting his or her dispute" (¶ 12), which is contradicted by the motion's statement that "[t]hus far only two class members submitted documentation challenging the estimated gross earnings earned used to calculate their proportional share of the settlement" and that the disputes are currently under review. (Motion for Final Approval, Dkt. No. 91, at 4.); and

- states that the "*average* individual payment is $2,137.15, the *highest* is $2,081.77, while the lowest is $100" (¶ 16, emphasis supplied).

Plaintiff is therefore directed to submit further information in support of the motions as stated herein, and to update any information as appropriate.

**IT IS SO ORDERED.**

Dated: June 15, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**