UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALONZO TALTON**,<br>    Plaintiff,<br>    v.<br>**LUGGAGE SERVICES AND LOGISTICS, LLC, ET AL.**,<br>    Defendants. | Case No. 14-cv-02505-YGR<br><br>**ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS, AND ENHANCEMENT AWARD IN CONJUNCTION WITH MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Dkt. No. 88 |

The Court has reviewed Plaintiff's Motion and Amended Motion for Approval of Attorney Fees, Costs, and Enhancement Award, as well as his Motion for Final Approval of Class Action Settlement (Dkt. Nos. 83, 84, 88, 91), as well as the supplemental filings submitted on June 19, 2016, at the direction of the Court (Dkt. Nos. 96, 97). Based upon the Court's review of the documents submitted, the pleadings and papers submitted in support of the class settlement, and the Court's exercise of its discretion in light of the entire record in this action, the Court finds as follows:

1. The requested award of attorneys' fees in the amount of 25% of the common fund created by the settlement should be reduced, based upon the Court's review of the evidence provided concerning the lodestar/multiplier cross-check. Accordingly, the Court **ORDERS** that Class Counsel is entitled to $194,000.00 in attorneys' fees, or 20% of the common fund created by the settlement. Plaintiff submitted evidence indicating that the lodestar total was $160,117.50, plus an additional 25-35 hours for completing the final approval process. Plaintiff argued that the attorneys' fees here, equivalent to the lodestar with an (approximately) 1.5 times multiplier, was reasonable.

Taking into account a reasonable lodestar, based upon a review the billing records

1  submitted, and a multiplier reflecting the risks involved and the complexity of the litigation, the
2  Court finds that it is appropriate to reduce the fees sought to **$194,000.00**.

3  2. The evidence submitted by Plaintiff demonstrates that the requested costs and expenses
4  of $13,613.01 are fair and reasonable, and therefore **ORDERS** that Plaintiff shall be awarded
5  **$13,613.01** in costs and expenses.

6  3. The evidence submitted by Plaintiff demonstrates that the Incentive Award of
7  **$7,500.00** for the Class Representative is fair and reasonable, and the Court therefore **ORDERS** that
8  the Class Representative shall be paid an Incentive Award of $7,500.00.

9  **IT IS SO ORDERED.**

10 Dated: July 14, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**